ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
HTA Aviation, LLC ) ASBCA Nos. 57891, 57892, 57893
) 57894, 58188, 58189
) 58190, 58191, 58192
) 58194
Under Contract No. F34601-03-C-0394 )

APPEARANCES FOR THE APPELLANT: Gretchen A. Benolken, Esq.
Benolken & Everett, P.C.
Denton, TX

Kathy C. Weinberg, Esq.
Jenner & Block LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Lt Col James H. Kennedy III, USAF
Air Force Chief Trial Attorney
Gregory A. Harding, Esq.
Anna F. Kurz, Esq.
Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 17 October 2014

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 57891, 57892, 57893, 57894, 58188, 58189, 58190, 58191, 58192, 58194, Appeals of HTA Aviation, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals